```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH VOLFMAN,

                Plaintiff,

       -against-                    1: 23-cv-7211-MKV

DAV-TSI-DAV INC. *doing business as* Terra Blues and 149 BLEECKER STREET LIMITED LIABILITY COMPANY,      ADJOURNMENT ORDER

                Defendants.

---

MARY KAY VYSKOCIL, United States District Judge:

    In light of the parties' consent under 28 U.S.C. § 636(c) for all purposes, the Initial Pretrial Conference scheduled for February 14, 2024 at 2:30 PM is HEREBY adjourned *sine die*.

**SO ORDERED.**

**Date:  February 12, 2024**
       **New York, NY**

                                                _____
                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**