```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH VOLFMAN,                                       :
                                                      :
                    Plaintiff,                        :
                                                      :
        -v-                                           :
                                                      :
DAV-TSI-DAV, INC., et al.,                            :
                                                      :
                    Defendant.                        :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2024

**ORDER OF DISMISSAL**

23-CV-7211 (JLC)

WHEREAS, the parties have reported that they have reached a settlement in principle (Dkt. No. 31);

It is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.  To be clear, any application to reopen <u>must</u> be filed <u>within 30 days</u> of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they <u>must</u> submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court.  Nothing in the issuance of this Order prevents the parties from filing a stipulation of dismissal within the 30-day period.

Any pending motions are moot.  All deadlines are adjourned sine die.  The initial conference scheduled for February 26, 2024 is cancelled.

The Clerk is directed to close this case.

**SO ORDERED.**

Dated: February 23, 2024
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge